UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

       v.                                      Case No. 19-CR-174

LISA RADTKE,

        Defendant.

---

## ORDER

---

On motion of the defendant and without objection by the government, the defendant's sentence in the above matter is hereby stayed until July 1, 2020. Defendant is to maintain contact with Pretrial Services and report to the designated prison when and as directed by the Bureau of Prisons.

Dated at Green Bay, Wisconsin this 7th day of May, 2020.

                                                        s/ William C. Griesbach
                                                        William C. Griesbach, District Judge
                                                        United States District Court